UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN,<br>7050 W. Palmetto Park Rd.<br>Boca Raton, FL 33433<br><br>  Plaintiff,<br><br>  v.<br><br>HON. NEOMI RAO, HON. ROBERT L.<br>WILKINS, HON. KAREN LECRAFT<br>HENDERSON, HON. GREGORY G.<br>KATSAS, HON. JUSTIN R. WALKER,<br>c/o U.S. Attorney's Office<br>601 D Street, NW<br>Washington, DC 20530,<br><br>  Defendants. | Civil Action No. 23-1606 |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Pursuant to 28 U.S.C. § 1442(a)(1), Defendants, the Honorable Neomi Rao, Honorable Robert L. Wilkins, Honorable Karen LeCraft Henderson, Honorable Gregory G. Katsas, and Honorable Justin R. Walker, (collectively, "Defendants"), by and through undersigned counsel, hereby file this Notice of Removal ("Notice"). In support of this Notice, the following facts are relied upon.

1. Defendants are in receipt of a Complaint in the case *Klayman v. Rao*, Civil Action No. 2023-CAB-002616 filed in the Civil Division of the Superior Court of the District of Columbia (the "Civil Action") on May 1, 2023. The U.S. Attorney's Office has not yet been served with a copy of the Complaint. A copy of the Complaint is attached hereto as Exhibit A.

2. Defendants are components, agencies, or officials of the United States. Removal of this matter is, therefore, authorized pursuant to 28 U.S.C. § 1442(a)(1).

- 2 -

3. A notice of filing of this Notice of Removal will be filed in the Superior Court of the District of Columbia.

WHEREFORE, the action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446.

Dated: June 5, 2023
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
    BRENDA GONZÁLEZ HOROWITZ
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2512

*Attorneys for the United States of America*