UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, <br><br> Plaintiff, <br><br> v. <br><br> HON. NEOMI RAO, et al., <br><br> Defendants. | Civil Action No. 23-1606 |

## NOTICE OF ERRATA

Defendants, through undersigned counsel, file this notice of errata to correct an error on the signature block of Defendants' Notice of Removal, filed in the above captioned action, on June 5, 2023.

Dated: June 5, 2023
   Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ *Brenda González Horowitz*
   BRENDA GONZÁLEZ HOROWITZ
   Assistant United States Attorney
   601 D Street, NW
   Washington, DC 20530
   (202) 252-2512

*Attorneys for the United States of America*